IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NICHOLAS PAZ, | : | CIVIL ACTION |
| *Plaintiff*, | : | |
| v. | : | |
| | : | |
| RENEE CARDWELL HUGHES, et al., | : | NO. 15-1846 |
| *Defendants*. | : | |

### ORDER

**AND NOW**, this 25th day of October, 2016, in consideration of Defendants Lance Cole, Harry Lapin, Charles Samuels, and Susan Walters's Motion to Dismiss (Docket No. 19), and response thereto (Docket No. 25), as well as Plaintiff's Ends of Justice Motion to Transfer (Docket No. 23), it is hereby **ORDERED** that

1. Defendants' Motion to Dismiss (Docket No. 19) is **GRANTED** and that all claims against Defendants Lance Cole, Harry Lapin, Charles Samuels, and Susan Walters are **DISMISSED** without prejudice;

2. Plaintiff's Ends of Justice Motion (Docket No. 23), seeking to transfer this action is **DENIED** with prejudice.

3. Plaintiff's Motion to Clarify Plaintiff's Position (Docket No. 17) is **DEEMED MOOT**.

The Clerk of Court is instructed to close this case for all purposes, including statistics.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge